# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133729 & (45)(52)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

THOMAS ERVIN HAWTHORNE,
     Defendant-Appellee.

SC: 133729
COA: 265473
Oakland CC: 2002-186567-FH

_____/

     By order of October 19, 2007, we remanded this case to the Oakland Circuit Court for an evidentiary hearing. On order of the Court, a transcript of the hearing and the court's findings of fact having been received, the application for leave to appeal the March 29, 2007 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for bond pending appeal is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421